**Sandra VASQUEZ, Plaintiff–Appellant,**

v.

**John SNOW, in his official capacity as the Secretary of the Treasury, Defendant–Appellee.**

No. 02–51131.

United States Court of Appeals, Fifth Circuit.

Sept. 15, 2003.

Gloria Magdalena Salinas, Austin, TX, for Plaintiff–Appellant.

Daniel M. Castillo, US Attorney's Office, Austin, TX, for Defendant–Appellee.

Before JOLLY, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.